# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Betsy Marie Hanks,                                                Civil No. 13-cv-1472 (DSD/TNL)

      Petitioner,

v.

                                                  **ORDER**

Warden T. Beltz,

      Respondent.

---

Betsy Marie Hanks, #234335, MCF- Shakopee, 1010 West Sixth Avenue, Shakopee, MN 55379 (pro se Petitioner);

Matthew Frank and James B. Early, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1800, St. Paul, MN 55101 (for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 28, 2014 [Docket No. 13] along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1.    Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus [Docket No. 1] is **DENIED**;

2.    This action is **DISMISSED WITH PREJUDICE**;

3.    The certificate of appealability is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  September 15, 2014                        s/David S. Doty
                                                       David S. Doty, Judge
                                                         United States District Court